Laurence F. Padway, SBN# 83914
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Phone: (510) 814-6100
Fax: (510) 814-0650

Attorneys for plaintiff
Royal Yates

Robert T. Sullwold (SBN 88139)
James A Hughes (SBN 88380)
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA 94104
Phone: (415) 263-1850
Fax: (415) 989-9798

Attorneys for Kinan Nimeh.

Syed N. Zaidi
238 W. Country Road
Hicksville, NY 11801
(516) 997-8131
(516) 997-9840 fax

Pro Se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | CASE NO. C07-0798 BZ |
| Plaintiff, | AMENDED **STIPULATION AND (PROPOSED) ORDER CONTINUING MOTION TO DISMISS** |
| vs. | |
| KINAN NIMEH and SYED ZAIDI, | |
| Defendants. | |

Whereas, Defendant Kinan Nimeh's Motion to Dismiss is currently scheduled for

Stipulation and (Proposed) Order
Continuing Motion to Dismiss                Page 1 of 2

April 18, 2007, and

Whereas, counsel for plaintiff is scheduled for knee surgery on April 18, 2007,

Now therefore the parties stipulate to continue the motion hearing to May 16, 2007 at 10:00 a.m.

LAW OFFICES OF LAURENCE F. PADWAY

Date: April 16, 2007          By /s/_____
                                  Laurence F. Padway
                                  Attorneys for Plaintiff,
                                  Royal Yates

ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

Dated: April 16, 2007         By /s/_____
                                  Robert T. Sullwold
                                  Attorneys for Defendant,
                                  Kinan Nimeh

Dated: April 18, 2007         By _____
                                  Syed Zaidi

**IT IS SO ORDERED**. Good cause appearing and on Stipulation, Defendant Kinan Nimeh's Motion to Dismiss is rescheduled to May 16, 2007 at 10:00 a.m.

Dated: __April 18, 2007_____     _____
                                  Hon. Bernard Zimmerman
                                  UNITED STATES MAGISTRATE JUDGE

Stipulation and (Proposed) Order
Continuing Motion to Dismiss         Page 2 of 2

*IT IS SO ORDERED*
*Bernard Zimmerman*
*Judge Bernard Zimmerman*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)