E-Filing

Syed N. Zaidi
238 W. Old Country Road
Hicksville, NY 11801
Phone: 516- 997- 8131
Fax: 516- 977- 9840

April 23, 2007

Hon. Bernard Zimmerman
United States Magistrate Judge
450 Golden Gate Ave
San Francisco, CA 94102

**Re: Request to Appear By Telephone**
**Yates v. Nimeh and Zaidi**
**No. C-07-00798 BZ**

Dear Judge Zimmerman:

I, Syed N. Zaidi, would like to request to appear by telephone at the hearing scheduled on May 16, 2007 at 10.00 am for Defendant's Motion to Dismiss. My current financial situation makes it very difficult to appear on the above date in person. I can be reached at 516- 997- 8131 ext. 2.

I thank you for your kind consideration.

Sincerely,

Syed N. Zaidi

Granted

Bernard Zimmerman
30 Apr 07