UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYAL YATES,                    )
                                )
       Plaintiff(s),            )    No. C07-0798 BZ
                                )
   v.                           )    **ORDER SCHEDULING CASE**
                                )    **MANAGEMENT CONFERENCE AND**
KINAN NIMEH, et al.             )    **OTHER MATTERS**
                                )
       Defendant(s).            )
                                )
_____)

    Defendants' have filed motions to dismiss which, after full briefing, were heard on May 16, 2007 and are currently under submission. No case management conference has been held.

    In light of the arguments presented at hearing, and for good cause appearing, **IT IS ORDERED** as follows:

    1. By **Friday, May 25, 2007**, plaintiff shall lodge with the Court a copy of the stipulation to which he referred at the hearing;

    2. A case management conference shall be held on **Monday, June 11, 2007, at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

1 | California 94102.  Mr. Zaidi may appear by phone, if he
2 | wishes, by making arrangements with my courtroom clerk,
3 | Lashanda Scott [415-522-2015];
4 |     3.   By **Monday, June 4, 2007**, the parties shall file a
5 | joint case management statement in compliance with the new
6 | Standing Order;
7 |     4.   The parties shall be prepared to discuss at the
8 | conference whether this action should be stayed pending the
9 | outcome of the appeal of the related litigation.
10 | Dated: May 17, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES 3\CMC Order.wpd