UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | ) |
| | ) |
| Plaintiff(s), | ) No. C07-0798 BZ |
| | ) |
| v. | ) **ORDER STAYING ACTION** |
| | ) |
| KINAN NIMEH, et al. | ) |
| | ) |
| Defendant(s). | ) |

By Order dated May 17, 2007, I scheduled a case management conference for June 11, 2007 and ordered the parties to be prepared to discuss whether this case should be stayed pending the outcome of appeals in Yates v. GunnAllen Financial, et al., C05-1510 BZ.  Having considered the joint case management statement filed by plaintiff and defendant Nimeh and the positions of all three parties as stated at the case management conference, for the reasons stated at the conference I find that the interest of judicial economy strongly favor a stay of the action.  See, e.g., Mediterranean Enterprises, Inc. v. Ssangyong Corp., 708 F.2d 1458, 1465 (9th Cir. 1983) (noting that "[t]he trial court possesses the

1

1 inherent power to control its own docket and calendar," and
2 affirming the court's decision to stay the case pending
3 arbitration); see also Sun Pacific Marketing Co-op., Inc. v.
4 DiMare Fresh, Inc., 2007 WL 1174651 (E.D. Cal.) (citing Leyva
5 v. Certified Grocers of California, Ltd., 593 F.2d 857, 863-64
6 (9th Cir. 1979)).

7     Pursuant to Rule 16, **IT IS ORDERED** that this action is
8 **STAYED** for all purposes pending the outcome of the afore-
9 mentioned appeals.  Should all three parties stipulate to
10 attend mediation or a settlement conference, I will consider
11 lifting the stay for that limited purpose.

12 Dated: June 12, 2007

13                           Bernard Zimmerman
14                  United States Magistrate Judge

15

16 G:\BZALL\-BZCASES\YATES 3\ORDER.STAYING.ACTION.wpd

17

18

19

20

21

22

23

24

25

26

27

28