UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES,<br><br>            Plaintiff,<br><br>      v.<br><br>KINAN NIMEH, SYED ZAIDI,<br><br>            Defendants.<br>_____/ | No. C-07-0798 BZ (EMC)<br><br>**ORDER DENYING DEFENDANT KINAN NIMEH'S REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE** |

By letter dated April 13, 2009, Defendant KINAN NIMEH requested to be excused from personally appearing at the settlement conference scheduled for April 14, 2009, at 9:30 a.m.

Upon consideration of the request, the Court **DENIES** the request to excuse personal attendance. Therefore, it is hereby ordered that Defendant KINAN NIMEH appear at the settlement conference in person scheduled on April 14, 2009, at 9:30 a.m. Pacific Time.

Should Defendant KINAN NIMEH not personally appear at the April 14, 2009 Settlement Conference, Defendant KINAN NIMEH shall be subject to sanctions, monetary or otherwise.

///
///
///
///
///
///
///

Furthermore, should Defendant KINAN NIMEH not personally appear at the April 14, 2009 Settlement Conference, Defendant KINAN NIMEH shall be available by telephone for the entire duration of the Settlement Conference.

IT IS SO ORDERED.

Dated: April 13, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | No. C-07-0798 BZ (EMC) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| KINAN NIMEH, SYED ZAIDI, | |
| Defendants. / | |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

SYED ZAIDI (*pro se*)  
238 W. Old Country Road  
Hicksville, NY  11801  
516/997-8131  
516/997-9840 (FAX)

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING ("E-FILING")*

Dated:  April 13, 2009        RICHARD W. WIEKING, CLERK

By: _____/s/_____  
Leni Doyle  
Deputy Clerk

3