1 Laurence F. Padway, SBN# 83914
  Law Offices of Laurence F. Padway
2 1516 Oak Street, Suite 109
  Alameda, California 94501
3 Phone: (510) 814-6100
  Fax: (510) 814-0650
4

  Attorneys for plaintiff
5 Royal Yates

6 SULLWOLD & HUGHES
  Robert T. Sullwold
7 235 Montgomery Street, Suite 730
  San Francisco, California 94104
8 Telephone: (415) 263-1850
  Facsimile: (415) 989-9789
9
  Attorney for defendant Kinan Nimeh
10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL YATES, | CASE NO. C07-0798 BZ |
| Plaintiff, | STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [proposed] ORDER OF DISMISSAL AS TO DEFENDANT KINAN NIMEH |
| vs. | |
| KINAN NIMEH and SYED ZAIDI, | |
| Defendants. | |

Whereas, settlement in the above matter has been reached between Plaintiff Royal Yates and Defendant Kinan Nimeh. The parties, by and through their respective counsel, hereby stipulate and agree that the above named case be dismissed with prejudice as to Defendant Kinan Nimeh. The Court retains jurisdiction over this case until the final payment is made under the settlement, at which time the parties will submit a stipulation for a dismissal with prejudice.

Stipulation re Dismissal

Page 1 of 2

1 .

2

3 DATED: April 29, 2009

/s/ Laurence F. Padway
---
Laurence F. Padway
Law Offices of Laurence F. Padway
Attorneys for plaintiff

7

8 DATED: April 30, 2009

Robert T. Sullwold
---
SULLWOLD & HUGHES
Attorneys for defendant Kinan Nimeh

[proposed] ORDER OF DISMISSAL AS TO DEFENDANT
KINAN NIMEH

It is ordered that this case is dismissed without prejudice as to defendant Kinan Nimeh. The Court retains jurisdiction un til such time as all payments due under the settlement agreement are made at which time the parties will notify the Court and the Court will enter a dismissal with prejudice.

Dated: May 18, 2009

Hon. Bernard Zimmerman
---
United States District Court Magistrate Judge

Stipulation re Dismissal