UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYAL YATES, | ) | |
| Plaintiff(s), | ) | No. C07-0798 BZ |
| v. | ) | **JUDGMENT** |
| KINAN NIMEH, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff having settled with defendant Kinan Nimeh, and plaintiff's motion for entry of default judgment against defendant Syed Zaidi having been **DENIED**, **IT IS ORDERED** that plaintiff recover no punitive damages from defendant Syed Zaidi and that neither party be awarded costs of action.

Dated: June 22, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES V. NIMEH\JUDGMENT.wpd

1